

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 2, 2021

**BY ECF**

Honorable Ronnie Abrams
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Application granted. The conference is adjourned to December 14, 2021 at 10:30 a.m. and will be held in person. Time is excluded until December 14, 2021, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).
>
> SO ORDERED.
>
> _____
> Ronnie Abrams, U.S.D.J.
> December 2, 2021

Re:   *United States v. Nigel Livingston*, 21 Cr. 558 (RA)

Dear Judge Woods,

The parties write to request an adjournment of the status conference scheduled for December 2, 2021, in the above referenced matter. The parties need additional time to review discovery and discuss a possible resolution of this matter. Accordingly, the parties request that the conference be adjourned to a date during the week of December 13, 2021. The parties would like the conference to be held in person. The Government requests, and the defense consents, that time be excluded to the date of the next conference.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:   Camille L. Fletcher
      Camille L. Fletcher
      Assistant United States Attorney
      Southern District of New York
      (212) 637-2383

cc: Mark Gombiner, Esq. (via ECF)