USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 3/9/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NIGEL LIVINGSTON,<br><br>                  Defendant. | No. 21-CR-558 (RA)<br><br><u>ORDER</u> |

RONNIE ABRAMS, United States District Judge:

      The trial in this matter has been rescheduled to April 13, 2022. The pretrial deadlines are revised as follows: initial pretrial submissions are due by March 28, 2022; responses are due by April 4, 2022; and the pretrial conference is rescheduled to April 11, 2022 at 12:00 p.m.

SO ORDERED.

Dated: March 9, 2022
New York, New York

                                                Hon. Ronnie Abrams
                                                United States District Judge