USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 4/1/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

NIGEL LIVINGSTON,

Defendant.

No. 21-CR-558 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The trial in this matter has been rescheduled to August 1, 2022. The pretrial deadlines are revised as follows: initial pretrial submissions are due by July 18, 2022; responses are due by July 22, 2022; and the pretrial conference is rescheduled to July 27, 2022 at 4:00 p.m. Time is excluded until August 1, 2022, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).

SO ORDERED.

Dated: April 1, 2022
New York, New York

Hon. Ronnie Abrams
United States District Judge