

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 19, 2022

**BY ECF**

Honorable Ronnie Abrams
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Application granted. The sentence is adjourned to September 23, 2022 at 3:00 p.m.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
August 19, 2022

Re:   *United States v. Nigel Livingston*, 21 Cr. 558 (RA)

Dear Judge Abrams,

    The Government writes to request a two-week adjournment of the sentencing scheduled for September 6, 2022 at 3:00 p.m., in the above referenced matter. The undersigned will be out of the office on that day. The defense consents to this request.

          Respectfully submitted,

          DAMIAN WILLIAMS
          United States Attorney

    by:   Camille L. Fletcher
          Camille L. Fletcher
          Assistant United States Attorney
          Southern District of New York
          (212) 637-2383

cc: Mark Gombiner, Esq. (via ECF)