

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 13, 2022

**BY ECF**

Honorable Ronnie Abrams
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Application granted. The sentence is adjourned to October 6, 2022 at 4:15 p.m.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
September 13, 2022

Re:   *United States v. Nigel Livingston*, 21 Cr. 558 (RA)

Dear Judge Abrams,

The parties write jointly to request a brief adjournment of the sentencing scheduled for September 23, 2022 at 3:00 p.m., in the above referenced matter. We understand that the Court has time available during the afternoon of September 28, 2022. The parties are available at that time to proceed with the sentencing.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:   Camille L. Fletcher
Camille L. Fletcher
Assistant United States Attorney
Southern District of New York
(212) 637-2383

cc: Mark Gombiner, Esq. (via ECF)