

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 17, 2022

**BY ECF**

Honorable Ronnie Abrams
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Application granted. The *Fatico* Hearing is adjourned to December 14, 2022 at 10:00 a.m.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
November 17, 2022

**Re:**    ***United States v. Nigel Livingston*, 21 Cr. 558 (RA)**

Dear Judge Abrams,

The parties write to request an adjournment of the *Fatico* Hearing scheduled for November 22, 2022 at 11:00 a.m., in the above referenced matter.

The defense has requested that the Government obtain certain additional information pertaining to the processing of the arrest and evidence in the case. Although the Government has made several attempts to obtain that information, its requests remain outstanding, and it has not yet obtained that information. Because the defense views this information as important to its decision as to how to proceed in this case, the parties are seeking an adjournment of the Hearing to mid-December to allow the Government additional time to obtain the requested information, and to give the defense sufficient time to evaluate any additional information obtained.

We thank the Court for its attention to this matter.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:    Camille L. Fletcher
Camille L. Fletcher
Assistant United States Attorney
Southern District of New York
(212) 637-2383

cc: Mark Gombiner, Esq. (via ECF)