

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th*
*New York, New York 10278*

October 10, 2024

**BY ECF**

Honorable Ronnie Abrams
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

A status conference is scheduled for January 29, 2025 at 11:00 a.m.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
October 10, 2024

Re:   *United States v. Nigel Livingston*, 21 Cr. 558 (RA)

Dear Judge Abrams,

The parties write to request that the Court schedule a status conference regarding the pending Violation of Supervised Release specifications for a date after January 23, 2025. The defendant's next court date in the state case relating to the same conduct charged in the pending specifications is January 22, 2025. Thus, scheduling the conference for a date thereafter would allow the parties to gather necessary information, as the resolution of the state action may impact the parties' plea negotiations regarding the pending specifications.

Defense counsel may request a bail hearing prior to the date of the next scheduled conference.

We thank the Court for its attention to this matter.

                      Respectfully submitted,

                      DAMIAN WILLIAMS
                      United States Attorney

       by:   Camille L. Fletcher
            Camille L. Fletcher
            Assistant United States Attorney
            Southern District of New York
            (212) 637-2383

cc: Mark Gombiner, Esq. (via ECF)