

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 8, 2026

**BY ECF**

Honorable Ronnie Abrams
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Application granted. The VOSR is rescheduled to May 15, 2026 at 1:00 p.m.
>
> SO ORDERED.
>
> _____
> Ronnie Abrams, U.S.D.J.
> April 8, 2026

  **Re:** *United States v. Nigel Livingston*, **21 Cr. 558 (RA)**

Dear Judge Abrams,

  The parties write to request an adjournment of the Violation of Supervised Release status conference in the above-referenced case, which is scheduled for April 9, 2026 at 12:30 p.m. The parties remain in discussion about a pre-hearing resolution of the pending specifications. Those discussions are heavily dependent on the resolution of the defendant's state charges. The Government understands that State of New York is expected to dismiss the remaining charges at the defendant's next scheduled court appearance on April 28, 2026. Accordingly, the parties respectfully request that the Court adjourn the status conference in this matter to a date during the week of May 11, 2026, to allow the parties to continue their discussions with the benefit of the most current information about the state court action.

  We thank the Court for its attention to this matter.

       Respectfully submitted,

       JAY CLAYTON
       United States Attorney

    by: Camille L. Fletcher
       Camille L. Fletcher
       Assistant United States Attorney
       Southern District of New York
       (212) 637-2383

cc: Mark Gombiner, Esq. (via ECF)